Michele TRAMONTANA, Petitioner,

v.

IMMIGRATION AND
NATURALIZATION SERVICE,
Respondent.

No. 99–71473.

I & NS No. A18–053–632.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 16, 2001.

Decided March 30, 2001.

Before MAGILL,* FERNANDEZ,
KLEINFELD, Circuit Judges.

MEMORANDUM **

Michele Tramontana petitions this court to review the decision of the Board of Immigration Appeals ordering him removed from the United States because he is an aggravated felon. INA § 237(a)(2)(A)(iii), 8 U.S.C. § 1227(a)(2)(A)(iii). We dismiss the petition.

The permanent provisions of IIRIRA[1] govern this case. We lack jurisdiction "to review any final order of removal against an alien who is removable by reason of having committed a criminal offense" covered by INA § 237(a)(2)(A)(iii), 8 U.S.C. § 1227(a)(2)(A)(iii). *See* INA § 242(a)(2)(C), 8 U.S.C. § 1252(a)(2)(C). However, we retain jurisdiction to determine whether we have jurisdiction. *Aragon–Ayon v. INS*, 206 F.3d 847, 849 (9th Cir.2000). The Board held that Tramontana's conviction of attempted sexual conduct

---

* The Honorable Frank J. Magill, Senior Circuit Judge for the Eighth Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. Illegal Immigration and Immigrant Responsibility Act of 1996, Pub.L. No. 104–208, 110 Stat. 3009 (Sept. 30, 1996), amended, Pub.L. No. 104–302, 110 Stat. 3656 (Oct. 11, 1996).

with a minor, in violation of Arizona Revised Statute § 13–405, amounted to an aggravated felony. Tramontana attempted to have oral sex with a 14–year–old boy. Clearly that is attempted sexual abuse of a minor, which is an aggravated felony. *See* INA § 101(a)(43)(A), (U), 8 U.S.C. § 1101(a)(43)(A), (U); *see also United States v. Baron–Medina,* 187 F.3d 1144, 1146 (9th Cir.1999). As such, we lack jurisdiction to review the petition.

Petition DISMISSED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.